ELIZABETH TAGG, Respondent, v. FRANK J. SENNER, Appellant, Impleaded with Another.

Argued March 7, 1938; decided April 12, 1938.

*Clarence S. Zipp, Daniel R. Harvey* and *Daniel Miner* for appellant.

*Ralph Stout* and *Louis Rothbard* for respondent.

Judgments so far as appealed from reversed and complaint against appellant dismissed, with costs in all courts. The record fails to disclose any evidence of negligence or nuisance as against appellant. (See, also, subdivision 2 of section 583 of Civil Practice Act.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.